**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-8247**

———————

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

       v.

TERENCE DEWAYNE BULLOCK,

             Defendant – Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Jerome B. Friedman, District Judge.  (4:00-cr-00060-JBF-1)

———————

Submitted:  February 18, 2010      Decided:  February 26, 2010

———————

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Terence Dewayne Bullock, Appellant Pro Se.   Timothy Richard Murphy, Special Assistant United States Attorney, Newport News, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terence Dewayne Bullock appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Bullock, No. 4:00-cr-00060-JBF-1 (E.D. Va. Dec. 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED